DOCKET No. 19 Cr 830 (AT)　　　　　　　　DEFENDANT Tova Noel

AUSA Nicolas Roos　　　　　　　　　　　DEF.'S COUNSEL James E. Foy
☒ RETAINED　☐ FEDERAL DEFENDERS　☐ CJA　☐ PRESENTMENT ONLY
☐ _____ INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5　☐ Rule 9　☐ Rule 5(c)(3)　☐ Detention Hrg.　　DATE OF ARREST 11/19/2019　　☒ VOL. SURR.
　　　　　　　　　　　　　　　　　　　　　　　　　　　TIME OF ARREST _____　　☐ ON WRIT
☐ Other: _____　　　　　　　　　　　TIME OF PRESENTMENT _____

## BAIL DISPOSITION

☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE　　☐ DETENTION: RISK OF FLIGHT/DANGER　☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☒ $100,000 _____ PRB　☒ 2 _____ FRP
☐ SECURED BY $_____ CASH/PROPERTY: _____
☒ TRAVEL RESTRICTED TO SDNY/EDNY/District of New Jersey, Eastern District of Pennsylvania
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☒ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☒ PRETRIAL SUPERVISION:　☐ REGULAR　☐ STRICT　☒ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS　☒ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION　☐ HOME DETENTION　☐ CURFEW　☐ ELECTRONIC MONITORING　☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT   [OR]　☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☒ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☒ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____; REMAINING CONDITIONS TO BE MET BY: 11/24/19

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

No contact with co-defendant unless in the presence of counsel.

☒ DEF. ARRAIGNED; PLEADS NOT GUILTY　　　　　☒ CONFERENCE BEFORE D.J. ON 11/25/2019
☐ DEF. WAIVES INDICTMENT
☒ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL 11/25/2019

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED　　　　　　☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED　☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: ~~12/19/2019~~　　☐ ON DEFENDANT'S CONSENT

DATE: 11/19/2019

_____
UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.