```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/25/2019_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

TOVA NOEL and MICHAEL THOMAS,

Defendants.

19 Cr. 830 (AT)

**ORDER**

ANALISA TORRES, District Judge:

It is hereby ORDERED that the conditions of Defendant Tova Noel's pretrial release shall be modified as follows: travel is permitted to the Middle District of Pennsylvania.

SO ORDERED.

Dated: November 25, 2019
New York, New York

_____
ANALISA TORRES
United States District Judge