UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

TOVA NOEL and MICHAEL THOMAS,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/2020

19 Cr. 830 (AT)

**ORDER**

ANALISA TORRES, District Judge:

At the status conference held on January 30, 2020, Defendant Michael Thomas informed the Court of his intention to file a motion to dismiss. Accordingly, it is hereby ORDERED that:

(1) By **March 20, 2020**, Mr. Thomas shall file his motion to dismiss;
(2) By **April 10, 2020**, the Government shall file its opposition;
(3) By **April 24, 2020**, Mr. Thomas shall file his reply, if any.

SO ORDERED.

Dated: January 30, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge