USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/30/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

TOVA NOEL and MICHAEL THOMAS,

                    Defendants.

19 Cr. 830 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    For reasons stated on the record at the status conference held on January 30, 2020, Defendants' motions to adjourn the trial date, ECF Nos. 20 and 21, are GRANTED in part and DENIED in part. The trial in this matter scheduled for April 20, 2020, is hereby ADJOURNED to **June 22, 2020**. Trial shall commence at **9:00 a.m.** on **June 22, 2020**.

    The Clerk of Court is directed to terminate the motions at ECF Nos. 20 and 21.

SO ORDERED.

Dated: January 30, 2020
       New York, New York

                                                    ANALISA TORRES
                                        United States District Judge