# UNITED STATES DISTRICT COURT
for the
Southern District of New York ▼

| | |
|---|---|
| United States *Plaintiff* v. Tova Noel *Defendant* | Case No. 1:19-CR-00830-AT |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Tova Noel

Date: 02/02/2020

*Attorney's signature*

Eric J. Sarraga ES6095
*Printed name and bar number*

Foy & Seplowitz
105 Main Street
Hackensack, NJ 07601
*Address*

esarraga@foyseplowitz.com
*E-mail address*

(201) 457-0071
*Telephone number*

(201) 457-0072
*FAX number*