```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

TOVA NOEL and MICHAEL THOMAS,

Defendants.

19 Cr. 830-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Defendant Michael Thomas' motion for an extension of the briefing schedule on his motion to dismiss, ECF No. 29, is GRANTED. It is ORDERED that the schedule is amended as follows:

    (1) By **April 3, 2020**, Mr. Thomas shall file his motion to dismiss;
    (2) By **April 24, 2020**, the Government shall file its opposition;
    (3) By **May 8, 2020**, Mr. Thomas shall file his reply, if any.

The Clerk of Court is directed to terminate the motion at ECF No. 29.

    SO ORDERED.

Dated: March 20, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge