USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/3/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

TOVA NOEL and MICHAEL THOMAS,

Defendants.

19 Cr. 830-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The motion filed by Defendant Michael Thomas at ECF No. 31 contains as an attachment material that was designated by the Government as "Protected Material" pursuant to the protective order entered by the Court. ECF No. 16. Under the terms of that order, Protected Material may only be filed under seal or on reasonable notice to the Government, to allow the parties to confer on its appropriate treatment. *Id.* ¶ 5. Accordingly, it is ORDERED that Defendant's filing be stricken from the docket. It is further ORDERED that Defendant shall refile the motion only in compliance with the terms of the Protective Order.

    The Clerk of Court is directed to strike the filing at ECF No. 31 from the docket.

    SO ORDERED.

Dated: April 3, 2020
        New York, New York

ANALISA TORRES
United States District Judge