UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

TOVA NOEL and MICHAEL THOMAS,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/2020

19 Cr. 830 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The status conference scheduled for September 9, 2020, is ADJOURNED to **September 10, 2020**, at **1:00 p.m.** It is ORDERED that the conference will be conducted remotely, using the Court's videoconferencing software. *See In re Coronavirus/Covid-19 Pandemic*, 20 Misc. 176, ECF No. 2 (S.D.N.Y. Jun. 24, 2020) ("[C]onditions make it necessary for the judges in this District to continue to conduct proceedings remotely, by videoconference or teleconference."). Chambers will provide the parties with instructions on how to appear via video.

To optimize the quality of the video feed, only the Court, Defendants, defense counsel, and counsel for the Government will appear by video for the proceeding. Co-counsel, members of the press, and the public may access the audio feed of the conference by calling (888) 398-2342 or (215) 861-0674 and entering access code 5598827. All of those accessing the conference—whether in listen-only mode or otherwise—are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

The Clerk of Court is directed to terminate the motion at ECF No. 37.

SO ORDERED.

Dated: September 2, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge