```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/10/2020__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

TOVA NOEL

        Defendant(s).
----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

19 -CR- 830 (AT) ( )

Defendant __TOVA NOEL__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___  Initial Appearance/Appointment of Counsel

___  Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Preliminary Hearing on Felony Complaint

___  Bail/Revocation/Detention Hearing

_X_  Status and/or Scheduling Conference

___  Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Tova Noel**
Print Defendant's Name

_____
Defense Counsel's Signature

**Jason E. Foy**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

_September 10, 2020_
Date    New York, New York

_____
**ANALISA TORRES**
United States District Judge