UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

TOVA NOEL and MICHAEL THOMAS,

                                        Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/2021
```

19 Cr. 830 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The trial scheduled for June 14, 2021, is ADJOURNED *sine die*. The Court, utilizing the procedures within this District governing the scheduling of jury trials during the COVID-19 pandemic, will seek to schedule a jury trial for the third calendar quarter of 2021. By **April 15, 2021**, the parties shall submit blackout dates for trial.

SO ORDERED.

Dated: March 3, 2021
        New York, New York

_____
ANALISA TORRES
United States District Judge