

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 15, 2021

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Noel and Thomas*, 19 Cr. 830 (AT)

Dear Judge Torres:

    The Government submits this letter pursuant to the Court's order dated March 3, 2021 (Dkt. No. 46). The Government has conferred with counsel for defendants Tova Noel and Michael Thomas regarding the parties' availability for trial. In the third quarter of 2021, counsel for Noel is available for trial beginning on September 27, 2021, and counsel for Thomas is available for trial from August 16-27 and after September 15, 2021. The Government is available for trial at the Court's convenience.

    The Government respectfully requests, with the consent of the defendants, through counsel, that time under the Speedy Trial Act be excluded up to the new trial date.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

By:    /s/
    Jessica Lonergan
    Nicolas Roos
    Assistant United States Attorneys
    (212) 637-1038/-2421

Cc:    Defense Counsel