UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

TOVA NOEL and MICHAEL THOMAS,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/2021

19 Cr. 830 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The status conference scheduled for April 28, 2021, at 1:00 p.m. is ADJOURNED to **June 17, 2021**, at **1:00 p.m.** The conference will be conducted remotely, using the Court's videoconferencing software. Chambers will provide the parties with instructions on how to appear via video.

To optimize the quality of the video feed, only the Court, Defendants, defense counsel, and counsel for the Government will appear by video for the proceeding. Co-counsel, members of the press, and the public may access the audio feed of the conference by calling (888) 398-2342 or (215) 861-0674 and entering access code 5598827. All of those accessing the conference—whether in listen-only mode or otherwise—are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

SO ORDERED.

Dated: April 26, 2021
New York, New York

_____
ANALISA TORRES
United States District Judge