UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-

Tova Noel,

                Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

19 -CR- 830 (AT) ( )

Defendant __Tova Noel_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____*Tova Noel*_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Tova Noel**
Print Defendant's Name

_____*Jason E. Foy*_____
Defense Counsel's Signature

**Jason E. Foy**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

5/25/2021
Date

_____
U.S. District Judge/U.S. Magistrate Judge