

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 29, 2021

**By ECF**

Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    **United States v. Tova Noel et al.,**
            **19 Cr. 830 (AT)**

Dear Judge Torres:

    Please be advised that I am leaving the United States Attorney's Office for other employment. Accordingly, please remove me as counsel of record in the above-captioned case.

    Thank you very much for the Court's consideration.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

by: ___/s/ Jessica Lonergan___
    Jessica Lonergan
    Assistant United States Attorney
    (212) 637-1038

cc:    Counsel of Record (by ECF)