```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

                -against-

TOVA NOEL and MICHAEL THOMAS,

                              Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/15/2021

19 Cr. 830 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The status conference scheduled for December 16, 2021, is ADJOURNED *sine die*.

SO ORDERED.

Dated: December 15, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge