UNITED STATES DISTRICT COURT
SOUTHERN DISRICT OF NEW YORK
----------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **PROPERTY RELEASE ORDER** |
| | : | 19 Cr. 830(AT) |
| -against- | : | |
| TOVA NOEL, et al, | : | |
| Defendant. | : | |

----------------------------------x

Upon the letter application of Jason E. Foy, Esq, attorney for the defendant, TOVA NOEL, for an Order mandating the release of the firearm and all other property surrendered the New York City Police Department as a condition of bail back to the defendant,

**IT IS HEREBY ORDERED** that the New York City Police Department shall immediately return the firearm and all other property surrendered as a condition of bail in the above referenced criminal action.

Dated: January ___, 2022
New York, New York

_____
**HONORABLE ANALISA TORRES**
**US District Court Judge of the SDNY**