```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/6/2022_
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**UNITED STATES OF AMERICA,**            :

                                                **PROPERTY RELEASE ORDER**

                                      :            **19 Cr. 830(AT)**

     **-against-**

                                        :

**TOVA NOEL, et al,**

        **Defendant.**            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

     Upon the letter application of Jason E. Foy, Esq, attorney for the defendant, TOVA NOEL, for an Order mandating the release of the firearm and all other property surrendered the New York City Police Department as a condition of bail back to the defendant,

     **IT IS HEREBY ORDERED** that the New York City Police Department shall immediately return the firearm and all other property surrendered as a condition of bail in the above referenced criminal action.

Dated: January 6 , 2022
New York, New York

                                                        _____
                                                        ANALISA TORRES
                                                       United States District Judge