UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

TOVA NOEL and MICHAEL THOMAS,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/30/2026_

19 Cr. 830 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Government moves to unseal the grand jury transcripts and an accompanying exhibit in this case to comply with the Epstein Files Transparency Act ("the Act"), Pub. L. No. 119-38, 139 Stat. 656 (2025).  *See* ECF No. 68.  Defendant Tova Noel opposes.  *See* ECF No. 71; *see also* ECF No. 72 (Government's reply letter).  The government's motion is GRANTED.

Section 2 of the Epstein Files Transparency Act directs the Attorney General to "make publicly available . . . all unclassified records, documents, communications, and investigative materials . . . that relate to . . .  [a]ll communications, memoranda, directives, logs, or metadata concerning the destruction, deletion, alteration, misplacement, or concealment of documents, recordings, or electronic data related to Epstein, . . . [or] his detention and death."  The same applies to and "[d]ocumentation of Epstein's detention or death, including incident reports, witness interviews, medical examiner files, autopsy reports, and written records."

The grand jury materials here, which pertain to records and documentation concerning Epstein's detention and eventual death, plainly fall under the Act's broad mandate.  *See United States v. Maxwell*, 2025 WL 3522378, at *7 (S.D.N.Y. Dec. 9, 2025) ("Th[e Act's] language is strikingly broad.  It thus applies to the grand jury materials in this case."); *United States v. Epstein*, No. 19 Cr. 490, 2025 WL 3535135, at *2 (S.D.N.Y. Dec. 10, 2025) ("'All' is crystal clear and should be afforded its 'ordinary, common-sense meaning.'" (quoting *Eisenhauer v. Culinary Inst. of Am.*, 84 F.4th 507, 517 (2d Cir. 2023))).  Although Federal Rule of Criminal Procedure 6(e) normally mandates secrecy for matters taking place before a grand jury, the Court finds that the Act is in direct conflict with this Rule.  The Act, however, supersedes the Rule because it was passed at a later time and is more specific than the Rule.  *See United States v. Mohammed*, 27 F.3d 815, 820 (2d Cir. 1994); *see also Epstein*, 2025 WL 3535135, at *2.

Accordingly, the Court ORDERS that pursuant to the Epstein Files Transparency Act, the Government may publicly disclose the transcripts of the grand jury proceedings in the above-captioned matter, along with Exhibit 1, subject to redactions of all personally identifying information and other information required to be redacted by law.  The Clerk of Court is respectfully directed to terminate the motion at ECF No. 68.

SO ORDERED.

Dated: January 30, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge